

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 24, 2021

By ECF

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUN 24 2021

### Re: United States v. Tajie Coleman, 13 Cr. 596 (GBD)

Dear Judge Daniels:

The Government writes, with the consent of counsel for defendant Tajie Coleman, to respectfully request that the Court set the following briefing schedule in connection with the defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c) (Dkt. 62):

- July 2, 2021: Government's response
- July 16, 2021: Defendant's reply, if any

Counsel for the defendant consents to this briefing schedule.

Very truly yours,

AUDREY STRAUSS
United States Attorney

By: _____/s/_____
Negar Tekeei
Assistant United States Attorney
(212) 637-2482

cc: All counsel of record (by ECF)